IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03371-REB-NYW

RALPH W. MCVEY,

    Plaintiff,

v.

US BANK NATIONAL ASSOCIATION,
CITIMORTGAGE, INC.,

    Defendants.
_____

**ORDER OF RECUSAL**
_____

Magistrate Judge Nina Y. Wang

Title 28 U.S.C. § 455(b) requires that a judge disqualify herself in certain circumstances in which her impartiality might be reasonably questioned. The provision is self-enforcing on the part of the judge. *See United States v. Pearson*, 203 F.3d 1243, 1276 (10th Cir. 2000). Simply put, "[w]hat matters is not the reality of bias or prejudice but its appearance." *Liteky v. United States*, 510 U.S. 540, 548 (1994).

Upon review of the file of this case, I conclude that I must recuse myself from further service in this case. Accordingly, IT IS ORDERED that:

(1) I recuse myself from further service in this matter; and

(2) The Clerk of the Court shall cause this case to be reassigned to another Magistrate Judge.

Dated:  February 19, 2015

2

BY THE COURT:

  /s/ Nina Y. Wang
Nina Y. Wang
United States Magistrate Judge