IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03371-REB-MEH

RALPH W. McVEY,

    Plaintiff,

v.

US BANK NATIONAL ASSOCIATION, and
CITIMORTGAGE, INC.,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 17, 2015.**

    The Joint Motion for Protective Order [filed June 17, 2015; docket #32] is **granted**. The parties' Stipulated Protective Order is accepted and filed contemporaneously with this minute order.