**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  14-cv-03371-REB-MEH

RALPH W. McVEY,

     Plaintiff,

v.

US BANK NATIONAL ASSOCIATION as Trustee for CMALT REMIC 2007-A7-REMIC PASS THROUGH CERTIFICATES SERIES 2007-A7, and
CITIMORTGAGE, INC.

     Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation of Dismissal with Prejudice** [#36][1] filed August 4, 2015.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal with Prejudice** is approved;

2. That all pending pretrial deadlines are vacated;

3. That the combined Final Pretrial Conference/Trial Preparation Conference set February 12, 2016, is vacated;

---

[1] "[#36]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

4. That the trial to court set to commence February 29, 2016, is vacated; and

5. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

Dated August 4, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge